# Exhibit D

## Privacy Impact Assessment (PIA) Checklist & Risk Assessment

*Expand cells vertically as needed for text - Excel will display only the first 1,024 characters in each cell.*

| I. General Project Description | |
|---|---|
| **Project Name:** | Jahandar Saleh, MD |
| **Project Number:** | N/A |
| **Project Type:** | ☐ IT ☐ Non-IT (SSRM, Legal, Other) ☑ X Data Sharing / Limited Data ☐ BioMed Device ☐ Other |
| **Business Sponsor:** | Dr. Glen Irani |
| **Business Owner:** | Dr. Glen Irani |
| **Technology Owner/Designer:** | Dignity Health HIE Interoperability |
| **Project Manager:** | Manisha Patel |
| **Proposed date of Implemetation / "GO-LIVE"** (provide roll out schedule): | 8/22/2017 |
| **Brief Summary of Project:** (include the purpose of the project and the proposed use of the data.) | Implement ADT interface to deliver data to Dr. Jahandar Saleh for billing purposes in pMD Soft. Currently the process is manual and staff type the patient information into pMD Soft to create the patient so they can bill them. The interface will create the patients for them eliminating the need for manual entry and speeding up the billing process. |
| **Interfaces** (list all applications and indicate ): | Outbound MS4 ADT through MobileMd to pMD Soft. |
| **Data Flow Diagram:** | Dignity Health HIE Solution Overview |

Dignity Health HIE Solution Overview
Northridge Hospital Medical Center
Results / Demographics:
- ADT
- General Lab
- Microbiology
- Pathology
- Blood Bank
- Radiology Reports
- Hospital Transcribed Reports (e.g. H&P, Discharge Summary, Operative Reports)
- Cardiology Reports
- EKG's
Cerner
Transformation & Distribution Service
Results, Demographics
Patient / Physician Relationships
HIE Repository
Primary Care Physician Alerts (SMS and/or Email)
ED / Admit / DC alert via email or text message on their mobile device
Physicians with an EMR
HL7 Delivery of Results
Images
Imaging Long Term Archive
Image Access
View Results/Images, Facesheets
HIE Clinical Portal
Dignity Health

© Copyright 2013 Dignity Health. All rights reserved.

| | | |
|---|---|---|
| **User Activity Audit Log (required for all applications or systems that involve the storage of PHI and/or Sensitive Information)** | The Security Rule's requirements for audit logging are that they capture the following (check all that apply - PROVIDE A SAMPLE AUDIT LOG):<br>1. ☑ Who accessed<br>2. ☑ Time and date of access<br>3. ☑ How long was user in the application?<br>4. ☑ What information was accessed<br>5. ☑ What activity took place, i.e. viewed, faxed, printed, added, modified, deleted, etc.<br>☐ X No Audit Log Required | |
| | The system records activity in its audit logs, both at the per-user level (e.g. on login, what reports were run with what parameters, etc.) and also per patient record (e.g. recording each access/view by each user, and also updates/creations/deletions). The system has automated controls that detect suspicious activity such as too many failed login attempts, and alerts our response team.<br><br>pMD also monitors any access to PHI performed by our own employees, e.g. when required for customer support.<br><br>Beyond these automated checks, the customer can run audits and for more extensive or complicated audits, | |
| **Contract / BAA Information:** | Dignity Health Legal Dept. Reviewer of Contract: Ira Berkowitz | U:\TDS Connections\SoCal\ Dr. Jahandar Saleh\ |
| | Contract Effective Date: 01/23/2017 | |
| | Expiration Date: 09/29/2021 | |
| | Contract File Location: Dignity Health Legal Arizona | |
| | Dignity Health Contract Signer: Saliba Salo | |
| | Vendor/Partner Contract Signer: Jahandar Saleh, MD | |
| | Vendor Contract Signer Information (address, phone, etc.): 18350 Roscoe Blvd, Suite 400, Northridge, CA 91325 (818) 678-4900 | |
| | Business Associate: (Yes/No) | |

**Project Dcoumentation:** [Provide supporting project documentation (data flow chart, work flow chart, security assessment, variance information, etc.)]

| Description of Supporting Document | Attach Document |
|---|---|
| Dr. Jahandar Saleh ENetwork Data Delivery Agreement | U:\TDS Connections\SoCal\ Dr. Jahandar Saleh\ |
| Audit report | **See Tab labled Audit Log Example** |
| Charter/BRD | **N/A** |
| Security Assessment | **N/A** |

© Copyright 2013 Dignity Health. All rights reserved.

| | |
|---|---|
| Technical Design Review | U:\TDS Connections\SoCal\ Dr. Jahandar Saleh\ |
| New Service Line | **N/A** |
| Joint Venture | **N/A** |
| Walkthrough | **N/A** |
| | |

**II. Scale**

*Check one box (Participating facilities are listed above in section 1)*

**Scale of Project:**

- ☐ Single Dignity Health Facility
- ☑ Single Market or Service Area
- ☐ Enterprise or Multiple Market Areas

**Participating Facilities:** Northridge Hospital Medical Center

**III. Scope**

*Check appropriate box(es) below.*

- ☐ Minor Update to existing application/interface without change in style, environment or use of PHI or PII?
- ☐ Major Update to existing application/interface?
- ☐ Change in scope or use of PHI or PII (additional facilities, new functions, new data)?
- ☑ New application, service or interface using PHI or PII
- ☐ Change in use or collection of additional PHI or PII
- ☐ New application, service or interface using SSN or Credit Card data

© Copyright 2013 Dignity Health. All rights reserved.

## IV. Data Elements and Description

*Check appropriate box(es) below for the description of the data.*

| | | |
|---|---|---|
| • Protected Healthcare Information (PHI) | ☑ Yes | ☐ No |
| • Personal Identifiable Information (PII) | ☑ Yes | ☐ No |
| • Employee or 3rd Party PII (contractor's employee PII) | ☐ Yes | ☑ No |
| • No PHI Involved | ☐ PIA Waiver - Go to approval sign-off section at bottom of PIA | |

Attach Data Elements and Description Documentation ***OR*** go to Minimum Necessary tab: Minimun necessar tab used.

See **Minimum Necessary Documentation** tab:

- choose applicable data elements
- indicate specific purpose of the use or disclosure

## V. Data Use

*Check appropriate box(es) below that indicates the use of the data. Review the Policy Consideration tab to select applicable policies and document any comments and/or deliverables.*

- ☐ Treatment or Payment by Dignity Health provider?
- ☑ Treatment or Payment of another provider per provisions of written agreement/MSA or SOW?
- ☐ Reporting required by law?
- ☐ Health Care Operations of Dignity Health?
- ☐ Patient access to his/her own PHI or another's PHI?
- ☑ Health Care Operations of another provider
- ☐ Marketing or Data mining?
- ☐ Research?
- ☐ Data Aggregation/De-identification or Warehouse services?
- ☐ Other (describe):

See **Policy Consideration** tab:

- Indicate whether the policy is applicable by chosing YES or NO
- Complete Deliverables/Comments section for any applicable policy

## VI. Environment

*Check appropriate box(es) below that indicates where the data will be stored/used.*

| | |
|---|---|
| • Dignity Health corporate data network? | ☐ Yes |
| • Paper records stored in Dignity Health HIM? | ☐ Yes |
| • Dignity Health facility server? | ☐ Yes |
| • Dignity Health website managed by Dignity Health IT? | ☐ Yes |
| • Health Data Exchange? | ☑ Yes |
| • Paper records stored by 3rd party? | ☐ Yes |
| • Dignity Health desktop computer? | ☐ Yes |
| • Dignity Health website managed by Dignity Health facility? | ☐ Yes |
| • Dignity Health website managed or hosted by 3rd party? | ☐ Yes |
| • Third party network or server? | ☑ Yes |
| • Dignity Health laptop or portable device? | ☐ Yes |
| • Cloud computing? | ☐ Yes |
| • Off-shore hosting or storage? | ☐ Yes |
| • Other (describe below) | |

© Copyright 2013 Dignity Health. All rights reserved.

**VII. Users of Data / User Roles:**

*Check appropriate box(es) below that indicates the proposed users of the data.*

| | |
|---|---|
| • Dignity Health employee | ☐ Yes |
| • Dignity Health Medical staff | ☐ Yes |
| • Dignity Health Business Associate within scope of current agreement | ☐ Yes |
| • Unrelated Covered Entity | ☑ Yes |
| • New Dignity Health Business Associate | ☐ Yes |
| • Dignity Health BA with new scope or amended agreement | ☐ Yes |
| • Off-shore users | ☐ Yes |
| • Other 3rd party access (describe below) | |

| User Roles: | | |
|---|---|---|
| | Roles (list) | N/A - Providing billing information to pMD Soft for billing patients on behalf of Jahandar Saleh, MD. |
| | Who Provisions (i.e. Manager through ADH) and deactivates: | |
| | If access/deactivation is not through ADH explain the process for provisioning/deactivation: | |
| | How is application accessed (i.e. remote, VPN, desktop, mobile, etc.) | |

**Project Manager / Business Owner Deliverables:** Necessary to comply with applicable privacy and security policies, standards, and procedures. The Project Manager and their designee(s) are responsible for the implementation of deliverables listed below.

Per Dignity Health's Data Security Policy 110.2.001, each data set, information system, website or application module shall have a local facility "Business Owner". The Business Owner shall have ultimate responsibility for developing written policies and procedures.

• Manisha Patel

**• Project Manager/ Business Owner Deliverables:** *(List deliverables)*

Free text deliverables:

**Policy Deliverables:** (DO NOT EDIT THIS CELL)

© Copyright 2013 Dignity Health. All rights reserved.

70.8.004:
70.8.006:
70.8.007:
70.8.008:
70.8.009:
70.8.010:
70.8.011: No BAA in place - this is PHI shared for billing purposes between two covered entities who have a treatment relationship with the patient.
70.8.012:
70.8.014:
70.8.015:
70.8.016:
70.8.017:
70.8.018:
70.8.019:
70.8.020:
70.8.021:
70.8.028:
110.2.006: Note:  The link below will take a vendor to a Dignity Health web page where they can access privacy and data security policies in PDF format:

http://dignityhealth.org/VendorResources
User ID:     dignityhealthpolicies
Password:   privacy22

110.2.015:
110.2.010:
110.2.018:
Sensitive:
Data Security:

**Service Area Compliance Director or Facility Compliance Professional Signature:**
Name & Title of Service Area Compliance Director (Enterprise projects) or Facility Compliance Professional (FCP) Validating the Analysis:

Signature of SACD or FCP validating the analysis:                                                     Date:

**Business Owner Acknowledgement Signature:** By signature below, the designated Project Manager acknowledges he/she has reviewed and accepts the Privacy Impact Assessment, accepts the responsibility of being a Project Manager, and agrees to ensure that any deliverables listed herein are completed prior to implementation of the project.

**Business Owner**
Glen Irani, MD

Business Owner Signature                                                                               Date:

**Project Manager Acknowledgement Signature:** By signature below, the designated Project Manager acknowledges he/she has reviewed and accepts the Privacy Impact Assessment, accepts the responsibility of being a Project Manager, and agrees to ensure that any deliverables listed herein are completed prior to implementation of the project.

**Project Manager**
Manisha Patel

Project Manager Signature                                                                              Date:

© Copyright 2013 Dignity Health. All rights reserved.

Manisha Patel

**Project Manager review with Local IT Site Director and Local Facility Compliance Professional**

**Project Manager Signature** | Date:
Manisha Patel

**IT Site Director Signature** | Date:
Psalms McWhorter

**Facility Compliance Signature** | Date:
Rebekah Rushton

Note: SACDs/FCPs are requested to send a copy of the completed and signed PIA to PrivacyImpactAssessmentSection@DignityHealth.org

© Copyright 2013 Dignity Health. All rights reserved.

April 24, 2017 6:20 PM — updated by HL7 interface (software: 52 - Raintree)
April 24, 2017 6:20 PM — updated by HL7 interface (software: 52 - Raintree)
April 24, 2017 6:18 PM — updated by HL7 interface (software: 52 - Raintree)
April 24, 2017 8:18 AM — updated iP & rounding changed by nlupercio
April 23, 2017 9:40 PM — updated An & clinical note changed by anooristani
April 23, 2017 12:22 PM — updated & room changed by HL7 interface (software: 48 - MobileMD)
April 23, 2017 11:35 AM — updated by HL7 interface (software: 48 - MobileMD)
April 23, 2017 11:35 AM — updated & room changed & admit date changed by HL7 interface (software: 48 - MobileMD)
April 23, 2017 11:26 AM — updated An & activated & moved to 'FH IP' & room changed & rounding changed & admit date changed by anooristani
April 23, 2017 10:41 AM — updated by HL7 interface (software: 48 - MobileMD)
April 23, 2017 10:41 AM — updated by HL7 interface (software: 48 - MobileMD)
April 23, 2017 10:41 AM — updated by HL7 interface (software: 48 - MobileMD)
April 23, 2017 10:30 AM — updated by HL7 interface (software: 48 - MobileMD)
April 23, 2017 10:30 AM — updated by HL7 interface (software: 48 - MobileMD)
April 23, 2017 10:30 AM — updated & room changed by HL7 interface (software: 48 - MobileMD)
April 23, 2017 10:15 AM — updated by HL7 interface (software: 48 - MobileMD)
April 23, 2017 10:15 AM — updated by HL7 interface (software: 48 - MobileMD)
April 23, 2017 10:15 AM — updated by HL7 interface (software: 48 - MobileMD)
April 23, 2017 10:15 AM — updated by HL7 interface (software: 48 - MobileMD)
April 23, 2017 10:14 AM — updated by HL7 interface (software: 48 - MobileMD)
April 23, 2017 10:13 AM — updated by HL7 interface (software: 48 - MobileMD)
April 23, 2017 10:05 AM — updated by HL7 interface (software: 48 - MobileMD)
April 23, 2017 9:34 AM — created at 'Unspecified' by HL7 interface (software: 48 - MobileMD)

**linimium Necessary Documentation Templa**

| Check all that are applicable | Type of Data | What is the specific purpose of the use or disclosure? |
|---|---|---|
| | DEMOGRAPHIC / IDENTIFYING INFORMATION | |
| ☑ | Name | Identify the correct patient for billing purposes. |
| ☑ | Social Security Number (additional information required if checked) | |
| ☐ | Internet Protocol (IP) Address Numbers | |
| ☑ | Full Address | Identify the correct patient for billing purposes. |
| ☐ | Only partial address (list the parts) | |
| ☑ | Date of Birth | Identify the correct patient for billing purposes. |
| ☐ | Age | |
| ☐ | Gender | |
| ☑ | Admission Date | Identify the correct patient for billing purposes. |
| ☑ | Date of Discharge | Identify the correct patient for billing purposes. |
| ☐ | Date of Death | |
| ☑ | Telephone Number | Identify the correct patient for billing purposes. |
| ☐ | Vehicle identifiers, serial numbers and license plate numbers | |
| ☑ | Email Address | Identify the correct patient for billing purposes. |
| ☐ | Web Universal Resource Locators (URLs) | |
| ☑ | Medical Record Number | Identify the correct patient for billing purposes. |
| ☑ | Account / Encounter Number | Identify the correct patient for billing purposes. |
| ☐ | Biometric identifiers (i.e. voice and fingerprints) | |
| ☑ | Health Plan Beneficiary Number (Insurance Number - Medicare Insurance Number may include SSN) | Identify the correct patient for billing purposes. |
| ☑ | Certificate or License Numbers | Identify the correct patient for billing purposes. |
| ☐ | Fax Number | |
| ☐ | Device Identifiers and Serial Numbers | |
| ☐ | Full Face Photo or Comparable Images | |
| ☐ | Room / Unit Number / Location within Facility | |
| | HEALTH BILLING INFORMATION | |
| ☐ | Complete Medical Record | |
| ☐ | Diagnosis | |
| ☐ | Mental Health or Developmental Disability Treatment Information | |
| ☐ | Psychotherapy Notes | |
| ☐ | Discharge Summary | |
| ☐ | HIV Test Results | |
| ☑ | Billing Records | Identify the correct patient for billing purposes. |
| ☐ | Consultation Reports | |
| ☐ | Physician Orders | |
| ☐ | Substance Abuse Treatment Information | |
| ☐ | Emergency Room Reports | |
| ☐ | History and Physical | |
| ☐ | Laboratory Tests | |
| ☐ | Procedure / Operative Reports | |
| ☐ | Progress Notes | |

]inimium Necessary Documentation Templa

| | | |
|---|---|---|
| ☐ | Radiology / Imaging Reports | |
| | OTHER | |
| ☐ | Credit Card Data | |
| ☐ | | |
| ☐ | | |

Page 2

| Applicable (Y or N) | Policy Consideration | Deliverables / Comments |
|---|---|---|
| NO | 70.8.004 Authorization Requirements for Uses and Disclosures of PHI | |
| YES | 70.8.006 Individual's Access to PHI<br>Will any of the information be subject to a request for access by the patient? | |
| YES | 70.8.007 Individual's Amendment of or Addendum to PHI<br>Will any of the information be subject to amendment or addendum process? | |
| Possibly | 70.8.008 Accounting of Disclosures of PHI<br>Will the disclosure of the information be subject to an accounting of disclosure? | |
| YES | 70.8.009 Individual Request for Restrictions on the Uses or Disclosures of PHI<br>Where is the information going to go and does the patient have a right to restrict the information? | |
| NO | 70.8.010 Alternative Means for Confidential Communication of PHI<br>Will the project involve direct contact with patients that may require knowledge of an existing request by the patient for confidential communication or involve a new request for confidential communication? | |
| NO | 70.8.011 Business Associate & Other Classified Information<br>Should business associate language be included as part of the contract? | No BAA in place - this is PHI shared for billing purposes between two covered entities who have a treatment relationship with the patient. |
| NO | 70.8.012 Disclosing PHI as Required or Permitted by Law<br>If the disclosure of PHI is permitted by law, review the list of data elements to ensure they are the minimum necessary for the purpose. | |
| NO | 70.8.014 Safeguarding PHI and Sensitive Information<br>– Will Sensitive Information be accessed remotely?<br>– Will Sensitive Information be transported off-site?<br>– Does the service involve the use of an ASP or service bureau? | |
| YES | 70.8.015 Minimum Necessary Standards for the use and disclosure of PHI<br>Determine if recurring or non-recurring disclosure. Complete the minimum necessary review (see minimum necessary analysis flow chart) and document any findings as part of the deliverables. | |
| NO | 70.8.016 De-identified Health Information and Limited Data Set Use and Disclosures<br>Determine if Data Use Agreement required. Complete Minimum Necessary Review. | |
| NO | 70.8.017 Research Use and Disclosure of PHI<br>Determine if Data Use Agreement is required. IRB review maybe required. Resource and contact for Research: Matt Rydman - Director of Dignity Health HRPO | |
| YES | 70.8.018 Use & Disclosure of PHI for TPO<br>Does the use or disclosure of PHI fall under the guidelines for TPO use or disclosure without patient authorization? | |
| YES | 70.8.019 Notice of Privacy Practices for Health Information (NPP)<br>If information is being shared is it covered in the current version of the NPP for your facility? Example- if public health disclosure, verify the NPP is the current version. | |
| NO | 70.8.020 Philanthropy Use and Disclosure of PHI<br>Is the information going be used for Fund Development? | |

| | | |
|---|---|---|
| NO | 70.8.021 Marketing Communications and Sale of PHI<br>Is the information going to be used for marketing purposes? | |
| YES | 70.8.028 Investigation, Response and Notification of Privacy and Data Security Incidents<br>Education: consider including requirements for reporting and examples specific to the application as part of the user training. | |
| NO | 110.2.006 Network Usage Policy (NUP)<br>Does the third party have access to the network? If yes, NUP acknowledgement required (collected as part of provisioning process).<br>Education: consider including requirements for NUP reminders as part of the user training. | Note: The link below will take a vendor to a Dignity Health web page where they can access privacy and data security policies in PDF format:<br><br>http://dignityhealth.org/VendorResources<br>User ID: dignityhealthpolicies<br>Password: privacy22 |
| NO | 110.2.015 Portable Device & Portable Media Security Policy<br>Has the use of portable devices or media been addressed as part of the privacy review? | |
| NO | 100.2.010 User Access Authorization & Authentication | |
| NO | 110.1.018 Safeguarding Credit Card information<br>Does this project involve credit card information? | |
| NO | **Specialized types of information: Mental Health, Substance Abuse PHI, Communicable Disease, HIV.**<br>*Do any of the uses or disclosures involve these specialized types of information? If so describe the use and/or disclosure and require documented procedures.* | |
| YES | 110.2.002 Data Lifecycle - How is information secured in the following environments:<br>Consider the lifecycle of the application:<br>1. Planning (deployment of hardware and software)<br>2. Development and Evaluation (access controls)<br>3. Testing (must be tested prior to implementation of production environment)<br><br>How is information secured in the following environments:<br>1. Development environment<br>2. Test environment (testing of live data is prohibited unless a variance has been granted).<br>3. Prodcutions environment<br>a. Disaster Recovery<br>b. Data Retention<br>c. Implementation<br>d. Deactivation of Data Asses (removal, destruction, etc.) | |